# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re   Gina Lee Talley                             Case No.   18-11359-JDW

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Court Claim # (if known):   5-1
Amount of Claim:   $140,235.67
Date Claim Filed:   June 12, 2018

Phone:   800-495-7166
Last Four Digits of Acct #    9341

Phone:   800-401-6587
Last Four Digits of Acct #    6260

Name and Address where transferee payments should be sent (if different from above):
**Fay Servicing, LLC**
**Bankruptcy Department**
**PO Box 814609**
**Dallas, TX 75381-4609**

Phone:   800-495-7166
Last Four Digits of Acct #:   9341

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   */s/Heather D. Bock*                              Date:   4/20/2021
       Transferee/Transferee's Agent

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 18-11359-JDW |
| Gina Lee Talley | Chapter: 13 |
| | Judge: Jason D. Woodard |

## CERTIFICATE OF SERVICE

I, Heather D. Bock, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Gina Lee Talley
600 Humphrey Rd
Holly Springs, MS 38635

U.S. BANK TRUST, N.A.
c/o Caliber Home Loans
13801 Wireless Way
Oklahoma City, OK 73134

Robert Hudson Lomenick,           *(served via ECF Notification)*
P.O. Box 417
Holly Springs, MS 38635

Locke D. Barkley, Trustee          *(served via ECF Notification)*
6360 I-55 North, Suite 140
Jackson, MS 39211

U. S. Trustee                      *(served via ECF Notification)*
501 East Court Street, Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   4/20/2021     By:   */s/Heather D. Bock*
                  (date)            Heather D. Bock
                                    Authorized Agent for Transferee