## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**GINA LEE TALLEY**                                                                **CHAPTER 13**

**DEBTOR**                                                                                **CASE NO.  18-11359 JDW**

### MOTION FOR MODIFICATION OF AUTOMATIC
### STAY TO ALLOW LOAN MODIFICATION AGREEMENT

**COMES NOW,** Gina Lee Talley, by and through her attorney, and moves the Court for entry of an Order Allowing a Permanent Loan Modification Agreement with Fay Servicing.   A copy of the Trial Loan Modification Agreement is attached hereto as **"Exhibit A".**  Upon entry of the order pursuant to this Motion and execution of the Loan Modification Agreement, the Agreement shall become binding upon all parties thereto, the proposed order is attached hereto.

WHEREFORE, Debtor prays that the order be entered modifying the automatic stay to allow a Permanent Loan Modification Agreement upon submission of the order to the Court.

Respectfully submitted, this the 7th  day of June, 2021.

/s/ Robert H. Lomenick
KAREN B.  SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 North Spring Street
Post Office Box 417
Holly Springs, MS 38635
Phone: (662)252-3224/karen.schneller@gmail.com
robert@northmsbankruptcy.com

## **CERTIFICATE OF SERVICE**

      I, Robert H. Lomenick, attorney for the Debtor, hereby certify that a copy of the foregoing Motion for Modification of Automatic Stay to Allow Permanent Loan Renewal Agreement has this day been served upon the following, either by electronic means or by United States Mail.

**Fay Servicing, LLC**
**Attn: Bankruptcy Department**
**P.O. Box 814609**
**Dallas, TX 75381-4609**

**Caliber Home Loans**
**Attn: Loss Mitigation Modification**
**12801 Wireless Way**
**Oklahoma City, OK 73134**

**Caliber Home Loans**
**PO Box 24610**
**Oklahoma City, OK 73124-0610**

**Laura Henderson-Courtney, Via ECF**
**on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust**
**laura@kmcphail.law, lhend@aol.com**

**J. Gary Massey, Via ECF**
**on behalf of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust**
**msbankruptcy@logs.com**

**Locke Barkley**
**Chapter 13 Trustee**
**6360 I-55 North, Suite 140**
**Jackson, Mississippi 39211**

**Office of U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39201**

      This the 7th day of June, 2021

                                           /s/Robert H. Lomenick
                                           **ROBERT H. LOMENICK**