

PO Box 24610
Oklahoma City, OK 73124-0610



3/8/2021

GINA TALLEY
C/O ROBERT H LOMENICK JR
PO BOX 417
HOLLY SPRINGS, MS 38635-0000

                                                9803776260
                                                600 HUMPHREY ROAD
                                                HOLLY SPRINGS, MS 38635

Dear GINA TALLEY :

During a recent review of your account, Caliber Home Loans determined that your scheduled monthly payments, or amortization, will not pay off your mortgage on the maturity date of your loan. **This means that even if you are current under the terms of your loan, there will be an outstanding balance on the scheduled maturity date of 10/1/2037.**

Caliber would like to ensure that your payments are aligned with your amortization schedule and maturity date. Accordingly, upon successful completion of the attached trial plan, the amortization schedule of your payments will be corrected.[1] Please act now to resolve this issue. **If you do not return the attached trial plan, your payment schedule will remain the same and you will have an outstanding balance at the currently scheduled maturity date.** If you have any questions regarding this correspondence or your account, call us at 800-401-6587.

**What you need to do to accept this offer:**
1. Sign and return the Acknowledgment page below by 3/31/2021 using the return information below.

          **Caliber Home Loans, Inc.**
        **Attn: Loss Mitigation Modification**
               13801 Wireless Way
             Oklahoma City, OK 73134
            Fax Number: 405-608-2011
       Email: calibermods@caliberhomeloans.com

Note that all proposed payments include taxes and insurance, regardless of your prior payment arrangement. Please return the signed Loan Modification Agreement to Caliber at: **Caliber Home Loans, Inc. Attn: Loss Mitigation Modification, 13801 Wireless Way, Oklahoma City, OK 73134** by no later than 3/31/2021.

2. <u>Send your monthly trial period payments—instead of your normal monthly payment—as follows:</u>

| | | | |
|---|---|---|---|
| 1st payment: | $909.04 | due by | 4/1/2021 |
| 2nd payment: | $909.04 | due by | 5/1/2021 |
| 3rd payment: | $909.04 | due by | 6/1/2021 |

We must receive each trial payment within 30 days of the due date. **If you miss a payment, the plan will terminate.**

---

[1] New monthly payment amount will be accomplished through a deferral or capitalization of outstanding balances, forgiveness of outstanding balances, maturity date extension, and/or an interest-only payment. You should refer to your loan modification agreement for details regarding the terms of your payment. Borrower(s) is informed that forgiveness of principal may have adverse credit and legal consequences and may result in taxable income to Borrower(s).

TO_STM
REV (09/18)

EXHIBIT "A"

Page 2 of 4
TRIAL OFFER – STIP TO MOD



**Estimated Modification Terms**
Below is a summary of your estimated loan terms following the completion of your Trial Period Plan. You will be provided the specific terms of the loan modification when you have completed your Trial Period Plan.

| Estimated Loan Terms After Modification ||
|---|---|
| *Loan terms are estimates and subject to change.* ||
| Interest Rate (5 Year with Step) | 5.375% |
| Number of Loan Payments | 60 months |
| Monthly Principal and Interest Payment | $688.84 |
| Monthly Escrow Amount Due | $220.20 |
| Monthly Principal and Interest plus Escrow Payment | $909.04 |

Your proposed Modification terms include a step feature; the above table outlines the initial rate and payment detail.

Upon successful completion of the Trial Period Plan, we will send you a Modification Agreement requiring your signature. If the Agreement is signed and returned by the date stated on the Agreement, your mortgage will be modified according to the terms set forth in that Agreement. We expect the monthly payment in the Agreement will be similar to the trial payment, but amounts could vary. Also, **we may defer delinquent escrow balances and/or ancillary amounts to be due at payment in full of the debt or the maturity date, whichever happens first.**

**If you do not return the signed Modification Agreement by the due date, your payment will return to the current monthly payment amount, and you will owe all amounts due under the existing terms of your loan.**

For payment options, please visit our website at www.CaliberHomeLoans.com under the Current Customers section. If you have any questions, if you cannot afford the trial period payments shown above, or if you have decided to leave your home but still want to avoid foreclosure, please call Caliber at **(800) 401-6587.** We may be able to help you. Our hours are Monday - Thursday 8:00 a.m. - 8:00 p.m., CST and Friday 8:00 a.m. - 7:00 p.m., CST.

Sincerely,


Loan Modification Department
Caliber Home Loans, Inc.


THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. **Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.



## Acknowledgment

The terms of your Trial Period Plan below are effective on the day you make your first Trial Period Payment, provided you pay it within 30 days of 4/1/2021 and you have returned the Acknowledgment. If you fail to timely make your second or third payments within 30 days of their due dates, this offer will be revoked and foreclosure proceedings may continue. You and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan:**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you fail to comply with the terms of the Trial Period Plan. If you fail to comply with the terms of the Trial Period Plan, a new notice of default, notice of intent to accelerate, notice of acceleration, or similar notices ("foreclosure notices") will not be necessary to continue the foreclosure action. You waive any and all rights to receive such foreclosure notices to the extent permitted by applicable law.

- You agree that we will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that we will not pay you interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan and you qualify for a loan modification, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

- Our acceptance and posting of your payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You will be required to establish an escrow account and to pay required escrows into that account. You acknowledge that these amounts may vary and will affect the amount of your total monthly payment.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**Credit Reporting:**

- We will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements. CREDIT SCORING COMPANIES GENERALLY CONSIDER THE ENTRY INTO A PLAN WITH REDUCED PAYMENTS AS AN INCREASED CREDIT RISK. AS A RESULT, ENTERING INTO A TRIAL PERIOD PLAN MAY ADVERSELY AFFECT YOUR CREDIT SCORE, PARTICULARLY IF YOU ARE CURRENT ON YOUR MORTGAGE OR OTHERWISE HAVE A GOOD CREDIT SCORE. For more information about your credit score, go to ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.

This Acknowledgement is signed on the date indicated below (all borrowers who signed the original note must sign):
Account Number: 9803776260

Borrowers: _____ /s/ Gina Talley _____                        Dated: 24-mar-21
GINA TALLEY

_____                             Dated: _____

TO_STM
REV (09/18)

Page 4 of 4
TRIAL OFFER – STIP TO MOD