___

**SO ORDERED,**



*Judge Jason D. Woodard*

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) CASE NUMBER: 18-11359-JDW |
| GINA LEE TALLEY, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |

## ORDER ON DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE [DKT 58]

This matter came before the Court on the Debtor's Objection to Notice of Mortgage Payment Change [DKT 58] ("Objection") and the Response filed by U.S. Bank Trust national

Association, not in its individual capacity, but solely as Trustee of LSF( Master Participation Trust, by Fay Servicing its servicer ("Creditor") [DKT 67]. Upon agreement of the parties,

~~**IT IS ORDERED** that the Response to the Objection is granted.~~                    (JDW)

**IT IS FURTHER ORDERED** that Creditor shall honor the prior trial modification payments of $909.04 beginning April 1, 2021 and continuing until Creditor's trial modification payment of $500.94 begins on October 1, 2021.

##END OF ORDER##

Order Prepared by

/s/ Karen A. Maxcy_____
Karen A. Maxcy, MS Bar 8869
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
678-321-6965
Email: Karen.Maxcy@McCalla.com

| No Opposition by: | No Opposition by: |
|---|---|
| /s/ Robert Lomenick | /s/ Jeff Collier |
| Robert Lomenick | Jeff Collier |
| Attorney for Debtor | Attorney for Trustee |